IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BIRON GARVIN,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )       CASE NO. CV418-109
                                       )
CITY OF RICHMOND HILL POLICE           )
DEPARTMENT; CITY OF RICHMOND           )
HILL, GA; CORPORAL SYKES; and          )
SERGEANT FOWLER;                       )
                                       )
        Defendants.                    )
                                       )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 9), to which no objections have been
filed. After a careful review of the record, the report and
recommendation is **ADOPTED** as the Court's opinion in this
case. As a result, Plaintiff's claims against Defendants
City of Richmond Hill Police Department and City of
Richmond Hill, GA are **DISMISSED WITHOUT PREJUDICE**. At this
stage, Plaintiff's claims against Defendants Sykes and
Fowler shall proceed.

SO ORDERED this **24th** day of July 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA