IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 DEC 20 PM 1: 49

CLERK_____
SO. DIST. OF GA.

BIRON GARVIN,                           )
                                        )
        Plaintiff,                      )
                                        )
        v.                              )  Case No.: 4:18-cv-109-WTM-JEG
                                        )
CORPORAL SYKES and SERGEANT             )
FOWLER,                                 )
                                        )
        Defendants.                     )

## ORDER ON DEFENDANTS' MOTION TO DEPOSE
## A CONFINED PERSON IN PRISON

Before the Court is Defendants Brad Sykes and Captain Ray Fowler's Motion
to Depose a Confined Person in Prison, specifically the Plaintiff in this action. As
good cause exists, Defendants' Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that Coffee Correctional Facility shall make
the Plaintiff available for deposition in this civil action in the manner in which
other depositions are generally held at such facility.

SO ORDERED this 20th day of December, 2018.

JAMES E. GRAHAM, Magistrate Judge
United States District Court
Southern District of Georgia