UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BIRON GARVIN,           )
                        )
    Plaintiff,          )
                        )
v.                      )    CV418-109
                        )
LEUITENANT BRAD SYKES,  )
and CAPTAIN RAY FOWLER,[1] )
                        )
    Defendants.         )

# ORDER

*Pro se* plaintiff Biron Garvin, an inmate at Coffee Correctional Facility, has filed a motion to compel further responses to document requests he has served on defendants. Doc. 18. Defendants have responded, representing that they had produced all responsive materials they were aware of at the time of their initial response. A subsequent search occasioned by the motion revealed additional responsive material, which has also been produced. *See* doc. 20 at 1-4; *see also* doc. 22 at 3 (representing that defendants "out of an abundance of caution, searched their database an additional time to verify there is no remaining"

---

[1] Plaintiff identified the defendants as "Corporal Sykes" and "Sergeant Fowler." *See* doc. 1 at 1. Defendants have, however, provided their correct ranks. *See* doc. 22 at 1. The Clerk is **DIRECTED** to correct the docket and all future pleadings shall conform.

responsive material). Given defendants' representation that they have produced all responsive material, the motion to compel is moot. Accordingly, it is **DENIED**. Doc. 18.

**SO ORDERED**, this ___15th___ day of January, 2019.

_____
James E. Graham
United States Magistrate Judge
Southern District of Georgia