# United States District Court
## Southern District of Georgia

BIRON GARVIN,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-109

LT. BRAD SYKES and CPT. RAY FOWLER,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated September 19, 2019, the Report and Recommendations of the Magistrate Judge is adopted as the opinion of the Court. As a result, Defendants' Motion for Summary Judgment is GRANTED. Additionally, Plaintiff's Motion to Amend is DENIED. This case stands closed.



09/19/2019  
*Date*

Scott L. Poff  
*Clerk*

(By) Deputy Clerk