IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BIRON GARVIN,                        )
                                     )
        Plaintiff-Appellant,         )
                                     )
vs.                                  )
                                     )
CITY OF RICHMOND HILL POLICE         )   Case No. CV418-109
DEPT., ET AL                         )
                                     )
        Defendants,                  )
                                     )
LIEUTENANT BRAD SYKES,               )
CAPTAIN RAY FOWLER,                  )
                                     )
        Defendants - Appellees.      )

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 10th day of December 2019.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA